## JONES *against* SCRIVEN.

IN error, on *certiorari*, from a justice's court. *Scriven* brought an action of *deceit* and *warranty* against *Jones*, for selling the art of manufacturing pot-ashes, in a new and improved mode, which he represented to be of great utility; and to induce the plaintiff to buy the art, he affirmed that the ashes would melt easier, and make one quarter more than in the common mode, &c. The defendant, at the trial, gave in evidence a former trial in a suit brought by *Jones* against *Scriven*, on a promissory note given by *Scriven* to *Jones*, for the art and skill of making pot-ashes, &c. at which trial *Scriven* proved, by two witnesses, that the patent or art was good for nothing; but the evidence preponderated in favour of the usefulness of the patent, and the justice, before whom the cause was tried, accordingly gave judgment in favour of *Jones*, for the note. On this testimony, the defendant below moved for a *nonsuit ;* which was overruled, and a verdict found for the plaintiff, for 25 dollars.

*In an action for a deceit, in the sale of a certain improvement, or patent right, before a justice, the defendant set up, in defence, a former trial and judgment in an action brought by him before a justice, against the plaintiff on a promissory note given for the purchase money, in which suit the present plaintiff set up the deceit in the sale, as a defence against the note, and the same was considered by the justice, and a judgment given for the plaintiff, for the amount of the note; it was held, that the first trial and judgment was a complete bar to the second suit for the deceit.*

*Per Curiam.* The defence in the former suit on the note, was not by way of set-off, but a direct objection to the consideration of the note ; and the very point in issue in this cause, *namely*, the value or worth of the art or skill sold, was tried and decided before. This very evidence was received by the jury, and the justice ought to have advised the jury that it was a bar, and the jury ought so to have found it. The judgment below must be reversed.

Judgment reversed.